UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD ALLEN PUTAANSUU,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

CASE NO. C17-5005-RSL

ORDER OF REMAND

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation;[1]

(2)     The Court REMANDS this matter for further administrative proceedings; and

(3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

Dated this 7th day of November, 2017.

*MrS Lasnik*
ROBERT S. LASNIK
United States District Judge

---

[1] Judge Theiler acknowledged the reasonableness of the ALJ's assessment of Dr. Janssen's opinion, but properly declined to affirm to give the ALJ freedom to reconsider the assessment as needed on remand.

ORDER OF REMAND
PAGE - 1