UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RONALD ALLEN PUTAANSUU,

    Plaintiff,

vs.

NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security,

    Defendant.

Civil No. 3:17-cv-5005 RSL

**ORDER FOR EAJA FEES, COSTS AND EXPENSES**

NOTE ON MOTION CALENDAR
January 9, 2018 *without oral argument*

## ORDER

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties it is hereby ORDERED that: EAJA attorney's fees of $10,673.71 and expenses of $3.43 (postage), and costs of $14.20 (copies), for a total of $10,691.34 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Order for EAJA Fees 17-5005 RSL -page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123 NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

Dated this 10th day of January, 2018

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577

Approved for Entry:
s/Rosemary B. Schurman (signed per authorization)
Benjamin Groebner
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

Order for EAJA Fees 17-5005 RSL -page 2

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544